Sheila M. Salomon, SBN 164619
Andrew L. Chang, SBN 222309
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:    (415) 544-1900
Facsimile:     (415) 391-0281
E-mail:    ssalomon@shb.com
           achang@shb.com

Attorneys for Plaintiffs
CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; AND BMG MUSIC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br><br>        Plaintiffs,<br><br>    v.<br><br>LINDA HUNTER,<br><br>        Defendant. | Case No. C 05-3376 MMC<br><br>**EX PARTE APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE** AND ORDER THEREON |

Plaintiffs hereby request that this court vacate the case management conference scheduled for December 2, 2005 at 10:30 a.m. The parties are very close to a resolution of this matter. Plaintiffs expect to forward the papers to Defense Counsel within a week. Plaintiffs, therefore, request that this court vacate the current case management conference. If for some reason the resolution is not completed, the parties will promptly inform the court and a new date can be set.

/ / /

/ / /

| | |
|---|---|
| Dated: November 28, 2005 | Respectfully submitted,<br><br>SHOOK, HARDY & BACON L.L.P.<br><br>By: _____/s/ Sheila M. Salomon_____<br>      SHEILA M. SALOMON<br><br>Attorneys for Plaintiffs<br>CAPITOL RECORDS, INC.;<br>ELEKTRA ENTERTAINMENT<br>GROUP INC.; UMG RECORDINGS,<br>INC.; SONY BMG MUSIC<br>ENTERTAINMENT; AND BMG<br>MUSIC |

**ORDER**

It is hereby ordered that the case management conference previously set for December 2, 2005 at 10:30 a.m. is ~~vacated.~~ continued to February 3, 2006. A joint case management statement shall be filed no later than January 27, 2006.

    SO ORDERED.

Date: November 29, 2005          _/s/ Maxine M. Chesney_____
                                 United States District Judge