Sheila M. Salomon, SBN 164619
Andrew L. Chang, SBN 222309
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:    (415) 544-1900
Facsimile:    (415) 391-0281
E-mail:    ssalomon@shb.com
           achang@shb.com

Attorneys for Plaintiffs
CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; AND BMG MUSIC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br><br>        Plaintiffs,<br><br>    v.<br><br>LINDA HUNTER,<br><br>        Defendant. | Case No. C 05-3376 MMC<br><br>**EX PARTE APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND ORDER** |

Plaintiffs hereby request that this Court vacate the case management conference scheduled for February 3, 2006 at 10:30 a.m.  The parties have reached a settlement and Plaintiffs are awaiting final payment; therefore, no pretrial scheduling or case management need be completed at this time.

/ / /

/ / /

/ / /

1                EX PARTE APPLICATION TO CONTINUE CMC
                                         CASE NO. C 05-3376 MMC

97846V1

Dated: January 30, 2006

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: ___/s/ Sheila M. Salomon_____
  SHEILA M. SALOMON

Attorneys for Plaintiffs
CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; AND BMG MUSIC

**ORDER**

It is hereby ordered that the case management conference previously set for February 3, 2006 at 10:30 am vacated.

SO ORDERED.

Date: January 30, 2006

_____
United States District Judge

97846V1