| | |
|---|---|
| 1 | Leemore Libesman, SBN 221969 |
| | HOLME ROBERTS & OWEN LLP |
| 2 | 777 South Figueroa, Suite 2800 |
| | Los Angeles, California 90017 |
| 3 | Telephone:   (213) 572-4300 |
| | Facsimile:   (213) 572-4400 |
| 4 | Email:  leemore.libesman@hro.com |
| 5 | Attorneys for Plaintiffs |
| | CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; UMG |
| 6 | RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; AND BMG MUSIC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership, | Case No. 3:05-CV-3376 MMC |
| | **APPLICATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEYS FOR PLAINTIFFS** |
| Plaintiffs, | |
| v. | |
| LINDA HUNTER, | |
| Defendant. | |

1 | Plaintiffs hereby apply to substitute in Holme Roberts & Owen LLP as its attorney of record
2 | in this action in the place of Shook, Hardy & Bacon L.L.P., 333 Bush Street, Suite 600, San
3 | Francisco, California 94104-2828. Plaintiffs and counsel have consented to said substitution as
4 | indicated below by execution of this application.

5 | Dated: February 15, 2006        SHOOK, HARDY & BACON L.L.P.

7 |                                 By: _____
8 |                                     ANDREW L. CHANG

10 | I accept this substitution.
11 | Dated: February 16, 2006        HOLME ROBERTS & OWEN LLP

13 |                                 By: _____
                                         LEEMORE LIBESMAN

14 | I consent to this substitution.
15 | Dated: 2/16, 2006               PLAINTIFFS

17 |                                 By: _____
                                         KENNETH DOROSHOW
18 |                                     Senior Vice President of Legal Affairs
                                         Recording Industry Association of America

**ORDER**

21 | Plaintiffs' application for substitution of attorneys is granted.

23 | Dated: February 22, 2006        _____
24 |                                 THE HONORABLE MAXINE M. CHESNEY
                                     United States District Judge

2

97885V1                             SUBSTITUTION OF ATTORNEYS
                                    CASE NO. 3:05-CV-3376 MMC